UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

MERIDIAN SUNRISE VILLAGE, LLC,

Debtor.

No. 13-40342

<u>EX</u> <u>PARTE</u> ORDER SHORTENING TIME FOR HEARING ON THE DEBTOR'S EMERGENCY MOTIONS:

EMERGENCY MOTION RE: INTERIM USE OF CASH COLLATERAL

EMERGENCY MOTION RE: CASH MANAGEMENT, BANK ACCOUNTS AND GIFT CARDS

EMERGENCY MOTION RE: BANKRUPCY CODE § 366 (INTERIM)

THIS MATTER came before the Court upon the ex parte Motion for Order Shortening Time for Hearing ("Shorten Time Motion") filed by Meridian Sunrise Village, LLC ("Debtor"), debtor-in-possession herein, with respect to the following motions ("Emergency Motions"):

EX PARTE ORDER SHORTENING TIME FOR HEARING
ON THE DEBTOR'S EMERGENCY MOTIONS: – Page 1

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

A. Emergency Motion for Order Authorizing Use of Cash Collateral, Granting of Adequate Protection, and Setting Final Hearing;

B. Emergency Motion for Order Authorizing Debtor to Continue Using Prepetition Bank Accounts and Checks; and

C. Emergency Motion for Order Approving Proposed Adequate Assurance Under Bankruptcy Code § 366 on an Interim Basis.

The Court has reviewed the files and records herein and finds that cause exists for the requested relief. Now, therefore, it is hereby:

**ORDERED**:

1. That the Shorten Time Motion is granted; and

2. That the time for hearing on the Emergency Motions is shortened to Friday, January 25, 2013 at 11:30 a.m. with responses due at the time of the hearing.

/ / /End of Order/ / /

Presented by:

BUSH STROUT & KORNFELD LLP


By /s/ Christine M. Tobin-Presser
Christine M. Tobin-Presser, WSBA #27628
Attorneys for Meridian Sunrise Village, LLC

EX PARTE ORDER SHORTENING TIME FOR HEARING ON THE DEBTOR'S EMERGENCY MOTIONS: – Page 2

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1949 20121 ya162q06s9
Case 13-40342-BDL    Doc 11    Filed 01/22/13    Ent. 01/22/13 14:02:01    Pg. 2 of 2