UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

MERIDIAN SUNRISE VILLAGE, LLC,

Debtor.

No. 13-40342

ORDER APPROVING PROPOSED ADEQUATE ASSURANCE UNDER BANKRUPTCY CODE § 366 ON AN INTERIM BASIS

THIS MATTER came before the Court upon the Motion for Order Approving Proposed Adequate Assurance to Utilities Pursuant to Bankruptcy Code § 366 filed by Meridian Sunrise Village, LLC ("Debtor"), debtor-in-possession herein. The Court has reviewed the files and records herein and finds that cause exists for the requested relief. Now, therefore, it is hereby

**ORDERED:**

1. The Motion is granted;

2. Within three days of the entry of this Order, the Debtor shall provide notice of the Motion to each of its utility providers (each, a "Utility Provider").

ORDER APPROVING PROPOSED ADEQUATE
ASSURANCE UNDER BANKRUPTCY CODE § 366 ON AN
INTERIM BASIS – Page 1

1949 20121 ya15dk067h

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 13-40342-BDL    Doc 23    Filed 01/25/13    Ent. 01/25/13 16:53:02    Pg. 1 of 2

3. Each Utility Provider shall have until February 15, 2013 ("Objection Deadline") to submit to the Debtor a written objection to the adequate assurance proposed in the Motion.

4. If such an objection is submitted to the Debtor, the Debtor shall re-note the Motion as it pertains to the objecting Utility Provider for hearing, provided, however, that the objecting Utility Provider(s) may not alter, refuse or discontinue service to the Debtor until the Court rules on the re-noted Motion.

5. To the extent that a Utility Provider does not submit an objection to the Debtor on or before the Objection Deadline, this Order shall become a final order as to such non-objecting Utility Provider, with no further action required by the Debtor.

///End of Order///

Presented by:

BUSH STROUT & KORNFELD LLP

By  /s/ Christine M. Tobin-Presser
    Christine M. Tobin-Presser, WSBA #27628
Attorneys for Meridian Sunrise Village, LLC

ORDER APPROVING PROPOSED ADEQUATE
ASSURANCE UNDER BANKRUPTCY CODE § 366 ON AN
INTERIM BASIS – Page 2

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1949 20121 ya15dk067h
Case 13-40342-BDL    Doc 23    Filed 01/25/13    Ent. 01/25/13 16:53:02    Pg. 2 of 2