In re Meridian Sunrise Village, LLC          Case No. 13-40342

## SCHEDULES I AND J

    Notwithstanding that Schedules I and J appear to be applicable to individual debtor's rather than corporate debtors, attached hereto is the Debtors' operating budget for the time period beginning January 18, 2013 through March 3, 2013 on a weekly basis showing income and expenditures for each month.

# MERIDIAN SUNRISE VILLAGE LLC
## 8 WEEK BUDGET
### As of 01/18/2013

| | Week ending 01/18/2013 | Week ending 01/25/2013 | Week ending 02/01/2013 | Week ending 02/08/2013 | Week ending 02/15/2013 | Week ending 02/22/2013 | Week ending 3/01/2013 | Week ending 3/08/2013 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | |
| BASE RENT | - | 31,131 | 155,176 | 143,867 | 2,251 | 28,880 | 155,176 | 143,867 | 660,349 |
| TRIPLE NET INCOME | - | - | 29,392 | 25,841 | - | - | 29,322 | 25,841 | 110,395 |
| OTHER INCOME | - | - | - | 3,314 | - | - | - | 3,314 | 6,627 |
| **TOTAL INCOME** | - | 31,131 | 184,568 | 173,021 | 2,251 | 28,880 | 184,498 | 173,021 | 777,371 |
| **EXPENSES** | | | | | | | | | |
| **UTILITIES** | | | | | | | | | |
| House Electricity | | | | 5,493 | | | | 4,862 | 10,355 |
| Electricity - Vacant | | | | 136 | | | | 136 | 272 |
| Natural Gas - Common Areas | | | | 2,724 | | | | 2,806 | 5,530 |
| Gas - Vacant | | | | 439 | | | | 438 | 877 |
| Garbage / Recycle | | | | 7,389 | | | | 7,811 | 15,200 |
| Water/Sewer | | | | 5,720 | | | | 1,946 | 7,666 |
| Irrigation | | | | 617 | | | | - | 617 |
| Storm Water Maintenance | | | | | | | | | - |
| **TOTAL UTILITIES** | - | - | - | 22,518 | - | - | - | 17,999 | 40,517 |
| **JANITORIAL** | | | | | | | | | |
| Janitorial Contract | | | | 567 | | | | 553 | 1,120 |
| Janitorial Supplies | | | | | | | | 263 | 263 |
| Awning Cleaning | | | | | | | | - | - |
| Dayporter | | | | | | | | 840 | 840 |
| **TOTAL JANITORIAL** | - | - | - | 567 | - | - | - | 1,656 | 2,223 |
| **REPAIRS & MAINTENANCE** | | | | | | | | | |
| Pest Control | | | | 124 | | | | 124 | 248 |
| Parking Lot Sweep | | | | 5,711 | | | | 5,711 | 11,422 |
| Parking Lot Repairs | | | | - | | | | 900 | 900 |
| Snow Removal | | | 5,000 | | 5,000 | | 5,000 | 5,000 | 20,000 |
| Pressure Washing | | | | | | | | - | - |
| Landscaping | | | | 5,300 | | | | 5,300 | 10,600 |
| Landscape Maintenance | | | | - | | | | - | - |
| Contract Painting (exterior) | | | | | | | | | - |
| Roof Repairs | | | | 750 | | | | 500 | 1,250 |
| Electrical Repairs/Supplies | | | | 3,000 | | | | | 3,000 |
| Plumbing Repairs/Supplies | | | | | | | | 200 | 200 |
| Music | | | | 68 | | | | 68 | 136 |
| Seasonal Decorations | | | | | | | | | - |
| Signage | | | | | | | | 1,500 | 1,500 |
| Maintenance Engineer | | | | 4,485 | | | | 5,141 | 9,626 |
| Tools & Equipment | | | | 700 | | | | 700 | 1,400 |
| Miscellaneous Repairs | | | | 2,875 | | | | 2,875 | 5,750 |
| | | | | | | | | | - |
| **TOTAL REPAIRS & MAINTENANCE** | - | - | 5,000 | 23,013 | 5,000 | - | 5,000 | 28,019 | 66,032 |

# MERIDIAN SUNRISE VILLAGE LLC
## 8 WEEK BUDGET
### As of 01/18/2013

| | Week ending 01/18/2013 | Week ending 01/25/2013 | Week ending 02/01/2013 | Week ending 02/08/2013 | Week ending 02/15/2013 | Week ending 02/22/2013 | Week ending 3/01/2013 | Week ending 3/08/2013 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| **ADMINISTRATIVE** | | | | | | | | | |
| Office Supplies | | | | 3,824 | | | | 3,824 | 7,648 |
| Office Equipment Rental | | | | 350 | | | | 350 | 700 |
| Postage | | | | 45 | | | | 45 | 90 |
| Internet Service | | | | 215 | | | | 215 | 430 |
| Remote Server Access | | | | 1,330 | | | | 1,330 | 2,660 |
| Phone / Fax Service | | | | - | | | | - | - |
| Management Fee | | | | 15,570 | | | | 15,570 | 31,140 |
| Salaries & Wages | | 9,699 | | 9,699 | | 9,699 | | 9,699 | 38,796 |
| Legal & Accounting | | | | 500 | | | | 3,368 | 3,868 |
| Marketing | | | | 906 | | | | 706 | 1,612 |
| Othe Administrative Expenses | | | | 3,275 | | | | 5,660 | 8,935 |
| **TOTAL ADMINISTRATIVE** | - | 9,699 | - | 35,714 | - | 9,699 | - | 40,767 | 95,879 |
| **FIRE & LIFE SAFETY** | | | | | | | | | |
| Alarm Monitoring | | | | 168 | | | | 168 | 336 |
| Alarm Phone Lines | | | | 979 | | | | 979 | 1,958 |
| Annual Inspection/Backflows | | | | | | | | 75 | 75 |
| Common Area Security | | | | 12,285 | | | | 13,350 | 25,635 |
| System Repairs | | | | | | | | | - |
| **TOTAL FIRE & LIFE SAFETY** | - | - | - | 13,432 | - | - | - | 14,572 | 28,004 |
| **PROPERTY TAX & INSURANCE** | | | | | | | | | |
| Insurance | | | | 15,000 | | | | 15,000 | 30,000 |
| Real Estate Taxes | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 192,000 |
| **TOTAL PROPERTY TAX & INSURANCE** | 24,000 | 24,000 | 24,000 | 39,000 | 24,000 | 24,000 | 24,000 | 39,000 | 222,000 |
| **TOTAL OPERATING EXPENSE** | 24,000 | 33,699 | 29,000 | 134,244 | 29,000 | 33,699 | 29,000 | 142,013 | 454,655 |
| **NET OPERATING CASH FLOW** | (24,000) | (2,568) | 155,568 | 38,777 | (26,749) | (4,819) | 155,498 | 31,008 | 322,716 |
| **PARTNERSHIP EXPENSE** | | | | | | | | | |
| Mortgage Interest (Phase I) | | | | | | | | | - |
| Mortgage Interest (Phase II, III & IV) | | | | | | | | | - |
| Tenant Improvement | | | | | | | | | - |
| Lease Commissions | | | | | | | | | - |
| **TOTAL PARTNERSHIP EXPENSE** | - | - | - | - | - | - | - | - | - |
| **NET CASH AFTER PARTNERSHIP EXP** | (24,000) | (2,568) | 155,568 | 38,777 | (26,749) | (4,819) | 155,498 | 31,008 | 322,716 |
| PLUS CHECK BOOK BAL (01/16/12) | 150,976 | | | | | | | | 150,976 |
| Less Security Deposits and Prepaids | (52,597) | | | | | | | | (52,597) |
| **AVAILABLE CASH** | 98,379 | 74,379 | 227,379 | 266,156 | 239,407 | 234,588 | 390,087 | 421,095 | 0 |
| **NET CASH FLOW** | 74,379 | 71,811 | 227,379 | 266,156 | 239,407 | 234,588 | 390,087 | 421,095 | 0 |

# MERIDIAN SUNRISE VILLAGE LLC
## 8 WEEK BUDGET
### As of 01/18/2013

| | Week ending 01/18/2013 | Week ending 01/25/2013 | Week ending 02/01/2013 | Week ending 02/08/2013 | Week ending 02/15/2013 | Week ending 02/22/2013 | Week ending 3/01/2013 | Week ending 3/08/2013 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|

**NOTES:**
The following tenants direct pay the real estate taxes. This is not included in their CAM Charges

| Tenant Name: | 1st half | 2nd half | Annual |
|---|---|---|---|
| LA Fitness | 57,865 | 57,865 | 115,730 |
| Pet Smart | 18,279 | 18,279 | 36,557 |
| Staples | 17,799 | 17,799 | 35,598 |
| Famous Footwear | 8,408 | 8,408 | 16,816 |
| **Total Real Estate Tax Reimbursements** | **102,351** | **102,351** | **204,702** |

Acknowledgement/Approval: