The Honorable Brian D. Lynch

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>MERIDIAN SUNRISE VILLAGE LLC,<br><br>Debtor. | Case No. 13-40342-BDL<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and Section 1109(b) of the Bankruptcy Code, U.S. Bank National Association, in its individual capacity and as administrative agent, appears in this case by and through the undersigned attorneys.

YOU ARE REQUESTED to serve all notices and pleadings given or filed in these cases, including the notices required to be sent to creditors under Federal Rules of Bankruptcy Procedure 2002, 3017, 4001 and 9007 and Sections 352 and 1109(b) of the Bankruptcy Code, on the undersigned as follows:

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS – 1

LEGAL25883284.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Alan D. Smith
PERKINS COIE LLP
1201 Third Avenue, 49th Fl.
Seattle, WA 98101
Tel: 206-359-8000
Fax: 206-359-9000
ADSmith@perkinscoie.com

Brian A. Jennings
PERKINS COIE LLP
1201 Third Avenue, 49th Fl.
Seattle, WA 98101
Tel: 206-359-8000
Fax: 206-359-9000
BJennings@perkinscoie.com

PLEASE TAKE FURTHER NOTICE that this request not only includes notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, facsimile or otherwise filed or made with regard to these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to be a waiver of the rights to (i) have final Orders in non-core matters entered only after de novo review; (ii) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) have the Bankruptcy Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, set-offs or recoupment.

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS – 2

LEGAL25883284.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 21, 2013 | **PERKINS COIE LLP** |
| 3 | | |
| 4 | | |
| 5 | | By:   /s/ Brian A. Jennings |
| 6 | | Brian A. Jennings, WSBA No. 32509 |
| 7 | | BJennings@perkinscoie.com |
| 8 | | Alan D. Smith, WSBA No. 24964 |
| 9 | | ADSmith@perkinscoie.com |

1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for U.S. Bank National Association, as administrative agent and in its individual capacity

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS – 3

LEGAL25883284.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Case 13-40342-BDL    Doc 48    Filed 02/21/13    Ent. 02/21/13 13:27:22    Pg. 3 of 3