THE HONORABLE BRIAN D. LYNCH
CHAPTER 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re | Case No. 13-40342-BDL |
| MERIDIAN SUNRISE VILLAGE LLC, | PROOF OF SERVICE |
| Debtor. | |

I, Alan D. Smith, declare as follows:

I am a citizen of the United States, over the age of 21 years, and I am not a party to the above-entitled action. I am competent to be a witness.

On February 26, 2013 the *Limited Objection to Motion for Final Order (A) Authorizing Use of Cash Collateral and (B) Approving Grant of Adequate Protection* was served as follows:

1. on non-ECF Participants by first-class U.S. Mail, postage prepaid at Seattle, to the parties identified on the attached Exhibit A, Service List; and

2. on all ECF Participants registered with the Court to receive electronic notice as of the date of the filing of this document by email through the ECF system.

CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

12187-2284/LEGAL25923960.1

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 26th day of February, 20132.

**PERKINS COIE LLP**

By:/s/ *Alan D. Smith*
    Alan D. Smith, WSBA No. 24964
    ADSmith@perkinscoie.com

1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for U.S. Bank National Association, as administrative agent and in its individual capacity

CERTIFICATE OF SERVICE - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

12187-2284/LEGAL25923960.1

Case 13-40342-BDL    Doc 51    Filed 02/26/13    Ent. 02/26/13 15:22:36    Pg. 2 of 2