Exhibit A

| | |
|---|---|
| Andrew Manley<br>Capstone Advisory Group, LLC<br>Park 80 W 250 Pehle Ave, #105<br>Saddlebrook, NJ  07663 | Terry Cronk<br>Dwyer Pemberton & Coulson, PC<br>PO Box 1614<br>Tacoma, WA  98401 |
| Nicola McDonald<br>10514 156 St E<br>B4-103<br>Puyallup, WA  98374 | Edward D. Jones & Co, LP<br>10514 156 St E<br>B4-103<br>Puyallup, WA  98374 |
| Firgrove Mutual Water Company<br>10408 144th St E<br>Puyallup, WA  98374 | Murrey's Disposal Company, Inc.<br>PO Box 399<br>Puyallup, WA  98371 |
| Puget Sound Energy<br>BOT-01H<br>PO Box 91269<br>Bellevue, WA  98009 | Terrance Rance<br>Pierce County Security<br>PO Box 958<br>Tacoma, WA  98401 |
| Cameron Garner<br>Fro Yo Ventures dba Menchies<br>10306 156 St E<br>B1-101<br>Puyallup, WA  98374 | Lisa D. Hosmer<br>G&L ENT Inc. dba H&R Block<br>10228 156 St E<br>B1-101<br>Puyallup, WA  98374 |
| Games Workshop Retail, Inc.<br>10228 156 St E<br>A1-106<br>Puyallup, WA  98374 | Brian Haugen<br>Haugen Emerald City Smoothie<br>10417 156 St E<br>B8-103<br>Puyallup, WA  98374 |
| Scott Swerland<br>SST Group, LLC – Seattle Suntan<br>10507 156 St E<br>B9-101<br>Puyallup, WA  98374 | Tim Bunch<br>Sunrise 19-25, LLC – Ram Rest<br>10418 156 St E<br>B3-101<br>Puyallup, WA  98374 |
| Frank Nguyen<br>Than N. Nguyen & Thinh T. Tao<br>10507 156 St E<br>B9-104<br>Puyallup, WA  98374 | Williams Kastner & Gibbs PLLC<br>PO Box 21926<br>Seattle, WA  98111 |
| Kent Station Phase I LLC<br>1302 Puyallup St<br>Sumner, WA  98390 | Linda Burch<br>Hot Yoga Puyallup<br>10418 156 St E<br>B3-103<br>Puyallup, WA  98374 |

| | |
|---|---|
| Christian McClung, dba State Farm<br>10228 156th St E Suite 105<br>Puyallup, WA  98374 | Spencer and Associates<br>5964 26th Ave SW<br>Seattle, WA  98106 |