|   |   |
|---|---|
| | HONORABLE BRIAN D. LYNCH |
| **HEARING DATE:** | **APRIL 24, 2013** |
| **HEARING TIME:** | **9:00 A.M.** |
| **LOCATION:** | **COOURTROOM I, TACOMA** |
| **RESPONSE DUE:** | **APRIL 17, 2013** |
| **MEETING OF COUNSEL:** | **APRIL 18, 2013** |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

MERIDIAN SUNRISE VILLAGE, LLC,

           Debtor.

No. 13-40342

NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT

| | |
|---|---|
| TO: | THE CLERK OF THE COURT |
| AND TO: | THE HONORABLE BRIAN D. LYNCH |
| AND TO: | ALL CREDITORS AND PARTIES IN INTEREST |
| HEARING DATE**:** | **WEDNESDAY, APRIL 24, 2013** |
| TIME**:** | **9:00 A.M.** |
| RESPONSE DUE: | **WEDNESDAY, APRIL 17, 2013** |
| MEETING OF COUNSEL: | **THURSDAY, APRIL 18, 2013** |
| LOCATION: | UNITED STATES BANKRUPTCY COURT, COURTROOM I, U.S. COURTHOUSE, 1717 PACIFIC AVENUE, TACOMA WA 98402 |

      YOU AND EACH OF YOU ARE HEREBY NOTIFIED that the hearing on approval of the Disclosure Statement of Meridian Sunrise Village, LLC, debtor and debtor-in-possession, will be held on the date and at the time and place set forth above. The purpose of the hearing will be to determine whether the Disclosure Statement contains information of a kind, and in sufficient detail, as far as is reasonably practicable under the circumstances, that would enable a hypothetical reasonable investor typical of holders of claims or interests of the relevant class to make an informed judgment about Meridian Sunrise Village, LLC proposed Plan of Reorganization.

      Each Disclosure Statement may be reviewed in the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, 1717 Pacific Ave., Tacoma, Washington 98402. Parties

NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT – Page 1

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1949 20121 yc154313tr

Case 13-40342-BDL    Doc 63    Filed 03/27/13    Ent. 03/27/13 15:55:13    Pg. 1 of 2

wishing to receive a copy of the Disclosure Statement prior to the April 24, 2013 hearing may request a copy from the undersigned. Upon the approval of the Disclosure Statement, copies of both the approved Disclosure Statement and the proposed Plan of Reorganization will be mailed to all creditors prior to any vote on the Plan.

Any creditor or other party-in-interest opposing approval of the proposed Disclosure Statement must make a written objection, stating with particularity the basis of the objection, file the objection with the Clerk of the Bankruptcy Court, and serve a copy on the undersigned no later than **April 17, 2013.** This time period is subject to the Court's discretion. Pursuant to Rule 3017(a) of the Local Rules of Bankruptcy Procedure, the objection must identify those portions of the Disclosure Statement which the objecting party asserts are incomplete, misleading or erroneous, and the basis for each such assertion. Any creditor or other party-in-interest who does not file and serve a written objection within the time period specified may be deemed to have waived the right to object, and if no objections are received, the Bankruptcy Court may enter an ex parte order approving the proposed Disclosure Statement.

In the event any party timely files an objection, a meeting will be held pursuant to Rule 3017(b) of the Local Rules of Bankruptcy Procedure, on **Thursday, April 18, 2013 at 2:00 p.m.** at the offices of Bush Strout & Kornfeld LLP, 5000 Two Union Square, 601 Union Street, Seattle, Washington 98101. The purpose of the meeting will be to attempt to resolve objections to the Disclosure Statement prior to the hearing. Parties not filing written objections need not attend the October 30 meeting. The failure of an objecting party to attend the April 18, 2013 meeting, either in person or through counsel, may be deemed by the court to be an admission that the objection is without merit, or a waiver of any objection to approval of the Disclosure Statement.

DATED this 22nd day of March, 2013.

BUSH STROUT & KORNFELD LLP


By    /s/ James L. Day
    James L. Day, WSBA #20474
    Attorneys for Debtor-in-Possession

NOTICE OF HEARING ON APPROVAL OF DISCLOSURE
STATEMENT – Page 2

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1949 20121 yc154313tr
Case 13-40342-BDL    Doc 63    Filed 03/27/13    Ent. 03/27/13 15:55:13    Pg. 2 of 2