| | |
|---|---|
| | HONORABLE BRIAN D. LYNCH |
| | **HEARING DATE:** APRIL 24, 2013 |
| | **HEARING TIME:** 9:00 A.M. |
| | **LOCATION:** COOURTROOM I, TACOMA |
| | **RESPONSE DUE:** APRIL 17, 2013 |
| | **MEETING OF COUNSEL:** APRIL 18, 2013 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

MERIDIAN SUNRISE VILLAGE, LLC,

        Debtor.

No. 13-40342

PROOF OF SERVICE TO NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT

VIVIAN BRAXTON states as follows:

    I hereby certify that on the 27th day of March, 2013, I caused to be electronically filed the

    1)   Disclosure Statement for Debtor's Plan of Reorganization;

    2)  Debtor's Plan of Reorganization; and

    3)  Notice of Hearing on Approval of Disclosure Statement

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Deborah A Crabbe on behalf of Special Request Bank of America NA
crabd@foster.com, ristj@foster.com

James L Day on behalf of Debtor Meridian Sunrise Village LLC jday@bskd.com,
chartung@bskd.com;psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com;bmorgan@bskd.com

PROOF OF SERVICE TO NOTICE OF HEARING ON
APPROVAL OF DISCLOSURE STATEMENT – Page 1

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Brian A. Jennings on behalf of Special Request US Bank National Association
bjennings@perkinscoie.com,
mlmaag@perkinscoie.com;docketsea@perkinscoie.com;wzilka@perkinscoie.com;GEisenberg@perkinscoie.com

John R Knapp on behalf of Special Request PetSmart Inc
john.knapp@millernash.com, kalen.daniels@millernash.com;lisa.banis@millernash.com

Jill I Lunn on behalf of US Trustee United States Trustee Jill.I.Lunn@usdoj.gov, Young-Mi.Petteys@usdoj.gov;Tara.Maurer@usdoj.gov;Martha.A.VanDraanen@usdoj.gov

Alan D Smith on behalf of Creditor U.S. Bank National Association adsmith@perkinscoie.com, mlmaag@perkinscoie.com;docketsea@perkinscoie.com;crachina@perkinscoie.com

Christine M Tobin-Presser on behalf of Debtor Meridian Sunrise Village LLC ctobin@bskd.com, chartung@bskd.com;psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com;bmorgan@bskd.com

United States TrusteeUSTPRegion18.SE.ECF@usdoj.gov

I declare that on the 22nd day of March, 2013, I caused copies of the above referenced *Notice* to be deposited for mailing with the United States Postal Service by first-class mail, postage prepaid, to all parties listed on the mailing matrix extracted from PACER on March 21, 2013 (copy attached).

I declare under penalty of perjury under the laws of the State of Washington that the foregoing Proof of Service is true and correct.

DATED this 27th day of March, 2013.

/s/ Vivian Braxton
Vivian Braxton, Assistant to James L. Day, WSBA #20474
Seattle, Washington

PROOF OF SERVICE TO NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT – Page 2

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1949 20121 yc263t13mf

Case 13-40342-BDL    Doc 64    Filed 03/27/13    Ent. 03/27/13 15:58:49    Pg. 2 of 2