THE HONORABLE BRIAN D. LYNCH
CHAPTER 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re | Case No. 13-40342-BDL |
| MERIDIAN SUNRISE VILLAGE LLC, | PROOF OF SERVICE |
| Debtor. | |

I, Alan D. Smith, declare as follows:

I am a citizen of the United States, over the age of 21 years, and I am not a party to the above-entitled action. I am competent to be a witness.

On April 17, 2013 the *Objection to Disclosure Statement for Debtor's Plan of Reorganization* was served as follows:

1. on non-ECF Participants by first-class U.S. Mail, postage prepaid at Seattle, to the parties identified on the attached Exhibit A, and

2. on all ECF Participants registered with the Court to receive electronic notice as of the date of the filing of this document by email through the ECF system.

CERTIFICATE OF SERVICE

12187-2284/LEGAL26420631.1
4/17/13

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 17th day of April, 2013.

**PERKINS COIE LLP**

By:/s/ *Alan D. Smith*
Alan D. Smith, WSBA No. 24964
ADSmith@perkinscoie.com

1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for U.S. Bank National Association, as administrative agent and in its individual capacity

CERTIFICATE OF SERVICE - 2

12187-2284/LEGAL26420631.1
4/17/13

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 13-40342-BDL    Doc 68    Filed 04/17/13    Ent. 04/17/13 16:13:53    Pg. 2 of 4

# Exhibit A

| | |
|---|---|
| Andrew Manley<br>Capstone Advisory Group, LLC<br>Park 80 W 250 Pehle Ave, #105<br>Saddlebrook, NJ 07663 | Terry Cronk<br>Dwyer Pemberton & Coulson, PC<br>PO Box 1614<br>Tacoma, WA 98401 |
| Nicola McDonald<br>10514 156 St E<br>B4-103<br>Puyallup, WA 98374 | Edward D. Jones & Co, LP<br>10514 156 St E<br>B4-103<br>Puyallup, WA 98374 |
| Firgrove Mutual Water Company<br>10408 144th St E<br>Puyallup, WA 98374 | Murrey's Disposal Company, Inc.<br>PO Box 399<br>Puyallup, WA 98371 |
| Puget Sound Energy<br>BOT-01H<br>PO Box 91269<br>Bellevue, WA 98009 | Terrance Rance<br>Pierce County Security<br>PO Box 958<br>Tacoma, WA 98401 |
| Cameron Garner<br>Fro Yo Ventures dba Menchies<br>10306 156 St E<br>B1-101<br>Puyallup, WA 98374 | Lisa D. Hosmer<br>G&L ENT Inc. dba H&R Block<br>10228 156 St E<br>B1-101<br>Puyallup, WA 98374 |
| Games Workshop Retail, Inc.<br>10228 156 St E<br>A1-106<br>Puyallup, WA 98374 | Brian Haugen<br>Haugen Emerald City Smoothie<br>10417 156 St E<br>B8-103<br>Puyallup, WA 98374 |
| Scott Swerland<br>SST Group, LLC– Seattle Suntan<br>10507 156 St E<br>B9-101<br>Puyallup, WA 98374 | Tim Bunch<br>Sunrise 19-25, LLC– Ram Rest<br>10418 156 St E<br>B3-101<br>Puyallup, WA 98374 |
| Frank Nguyen<br>Than N. Nguyen & Thinh T. Tao<br>10507 156 St E<br>B9-104<br>Puyallup, WA 98374 | Williams Kastner & Gibbs PLLC<br>PO Box 21926<br>Seattle, WA 98111 |

| | |
|---|---|
| Kent Station Phase I LLC<br>1302 Puyallup St<br>Sumner, WA 98390 | Linda Burch<br>Hot Yoga Puyallup<br>10418 156 St E<br>B3-103<br>Puyallup, WA 98374 |
| Christian McClung, dba State Farm<br>10228 156th St E Suite 105<br>Puyallup, WA 98374 | PetSmart Inc<br>c/o John R. Knap Jr.<br>Miller Nash LLP<br>601 Union St, #4400<br>Seattle, WA 98101 |